IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEROME E. KORTE, ) | |
| also known as ) | |
| Farmer Korte, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 14-cv-01125-JPG |
| ) | |
| COUNTY OF ST. CLAIR, *et. al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter comes before the Court for case management purposes.  There is no evidence in the record that service of process has been effected upon defendants County of St. Clair, Kenneth McHughes, Brian Cregger, Steve Johnson, County of St. Clair Employees, Village of Millstadt, Joseph Wagner, Donald Traiteur, Village of Millstadt Employees, and Jonathan Traiteur within 120 days after the filing of the complaint, as prescribed by Federal Rule of Civil Procedure 4(m).

Accordingly, the Court hereby **ORDERS** the plaintiff to **SHOW CAUSE** on or before **May 22, 2015**, why his claims against County of St. Clair, Kenneth McHughes, Brian Cregger, Steve Johnson, County of St. Clair Employees, Village of Millstadt, Joseph Wagner, Donald Traiteur, Village of Millstadt Employees, and Jonathan Traiteur should not be dismissed without prejudice for failure to timely effect service.  Failure to respond in a timely manner to this order will result in dismissal of those claims.

**IT IS SO ORDERED.**

**DATED:**  5/6/2015

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**