IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEROME E. KORTE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No.: 3: 14-CV-1125 |
| v. ) | |
| ) | |
| COUNTY OF ST. CLAIR, et al., ) | |
| ) | |
| Defendants ) | |

**PLAINTIFFS' RESPONSE TO THE HONORABLE COURT'S
MAY 6, 2015 SHOW CAUSE ORDER DIRECTED TO PLAINTIFF**

COMES NOW Plaintiffs, by and through attorney of record, Mark Moran, and in response to the Honorable Court's May 6, 2015 Show Cause Order, states to the Court that:

1. The case underlying and forming the basis for the present case filing is a criminal case still pending in the state court of St. Clair County, Illinois under case number: 13-CF–160201.

2. The present case was filed in order to protect relevant statutes of limitation that might have expired prior to the final disposition of the above referenced criminal case, in favor of Plaintiff.

3. Service of summons was not immediately requested by Plaintiff because, given the need for Plaintiff to preserve relevant statutes of limitation, Plaintiff was expecting to request the Honorable Court to stay proceedings in the present case until the above referenced underlying case reached a final disposition.

4. An intervening calamity for Plaintiff counsel's family occurred on December 2, 2014, when Plaintiff counsel's minor daughter suffered severe brain damage in an accident, which caused Plaintiff counsel to inadvertently suffer excusable neglect to not follow up with the clerk's office to request issuance of summons hereto.

5. On May 20, 2015, Plaintiff counsel requested the Court Clerk to issue eight (8) summons for each of the Defendants listed in the Honorable Court's Show Cause Order by filing/sending/up-loading them to the Court Clerk's office via CM/ECF protocol.

6. Plaintiff counsel will timely seek service of process on the eight (8) Defendants after the Clerk returns the signed summons via USPS mail to counsel.

WHEREFORE, Plaintiffs respectfully request the Honorable Court to not dismiss the above styled case, due to excusable neglect by Plaintiffs' counsel, and set this case on the Honorable Court's regular docket to allow Plaintiff to serve Defendants and for such other and further orders as the Honorable Court deems prudent.

Respectfully Submitted,

/s/ Mark B. Moran

Mark B. Moran
Attorney for Plaintiff Korte
ARDC # 6200497
PO Box 314
Aviston, IL 62216
Phone: 618-781-8094
Email: moranatty@yahoo.com

No Certificate of Service was generated because service is not yet obtained.