# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEROME E. KORTE, <br> also known as <br> Farmer Korte, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF ST. CLAIR, *et. al.,* <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 14-cv-01125-JPG |

## ORDER

This matter comes before the Court for case management purposes. Plaintiff has responded (Doc. 8) to this Court's Show Cause Order (Doc. 4) and the Court finds excusable neglect with regard to service of the Defendants.

As such, the Court **GRANTS** the Plaintiff an additional 90 days to demonstrate service as prescribed by Federal Rule of Civil Procedure 4(m). Plaintiff to obtain service of the defendants on or before **August 26, 2015.** Failure to serve a defendant in the time allotted may result in dismissal of that defendant.

**IT IS SO ORDERED.**

**DATED:**  5/28/2015

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**