AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | | |
|---|---|---|
| JEROME EDWARD KORTE | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. ~~14-CV-00934-MJR~~ |
| COUNTY OF ST. CLAIR ET AL, | ) | *14- 1125 - JPG* |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
County of St. Clair
St. Claire County Clerk's Office
#10 Public Square, 2nd Floor
Belleville, IL 62220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorney for Plaintiff, Mark B. Moran
ARDC# 6200497
PO Box 314
Aviston, IL 62216

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Sept. 14, 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| JEROME EDWARD KORTE <br><br> *Plaintiff(s)* <br> v. <br><br> COUNTY OF ST. CLAIR ET AL, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 14-CV-1125-JPG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Kenneth McHughes
        c/o St. Clair County Sherrif's Department
        700 North Fifth St.
        Belleville, IL 62220

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
        Attorney for Plaintiff, Mark B. Moran
        ARDC# 6200497
        PO Box 314
        Aviston, IL 62216

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Sept. 14, 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | | |
|---|---|---|
| JEROME EDWARD KORTE<br><br>*Plaintiff(s)*<br>v.<br>COUNTY OF ST. CLAIR ET AL,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 14-CV-1125-JPG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> BRIAN CREGGER
> c/o St. Clair County Sherrif's Department
> 700 North Fifth St.
> Belleville, IL 62220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Attorney for Plaintiff, Mark B. Moran
> ARDC# 6200497
> PO Box 314
> Aviston, IL 62216

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Sept. 14, 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| JEROME EDWARD KORTE <br><br> *Plaintiff(s)* <br> v. <br> COUNTY OF ST. CLAIR ET AL, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 14-CV-1125-JPG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

      STEVE JOHNSON,
      c/o St. Clair County Sherrif's Department
      700 North Fifth St.
      Belleville, IL 62220

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Attorney for Plaintiff, Mark B. Moran
      ARDC# 6200497
      PO Box 314
      Aviston, IL 62216

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                   CLERK OF COURT

Date: Sept. 14, 2015                                *[signature]*
                                                                        Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | | |
|---|---|---|
| JEROME EDWARD KORTE | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 14-CV-1125-JPG |
| COUNTY OF ST. CLAIR ET AL, | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Village of Millstadt Illinois
c/o Millstadt Village Clerk
Millstadt Village Hall
111 W. Laurel Street
Millstadt, Illinois 62260
(618) 476-1514

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Attorney for Plaintiff, Mark B. Moran
ARDC# 6200497
PO Box 314
Aviston, IL 62216

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Sept. 14, 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | | |
|---|---|---|
| JEROME EDWARD KORTE | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 14-CV-1125-JPG |
| COUNTY OF ST. CLAIR ET AL, | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Joseph Wagner
Millstadt Police Officer, JOSEPH WAGNER,
c/o Village of Millstadt Clerk
Millstadt Village Hall
111 W. Laurel Street
Millstadt, Illinois 62260
(618) 476-1514

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorney for Plaintiff, Mark B. Moran
ARDC# 6200497
PO Box 314
Aviston, IL 62216

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Sept. 14, 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| JEROME EDWARD KORTE<br><br>*Plaintiff(s)*<br>v.<br>COUNTY OF ST. CLAIR ET AL,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 14-CV-1125-JPG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Donald Traiteur
Millstadt Director of Streets Department DONALD TRAITEUR,
c/o Village of Millstadt Clerk
Millstadt Village Hall
111 W. Laurel Street
Millstadt, Illinois 62260
(618) 476-1514

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorney for Plaintiff, Mark B. Moran
ARDC# 6200497
PO Box 314
Aviston, IL 62216

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Sept. 14, 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

JEROME EDWARD KORTE

*Plaintiff(s)*

v.                                        Civil Action No. 14-CV-1125-JPG

COUNTY OF ST. CLAIR ET AL,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JONATHAN TRAITEUR, an individual
REGISTERED SEX OFFENDER ADDRESS
REGISTERED SEXUAL PREDATOR ADDRESS
4064 WATERLOO ROAD
WATERLOO, IL 62298

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorney for Plaintiff, Mark B. Moran
ARDC# 6200497
PO Box 314
Aviston, IL 62216

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Sept. 14, 2015

*Signature of Clerk or Deputy Clerk*