## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEROME E. KORTE a/k/a "Farmer Korte", ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Case No. 14-CV-1125-JPG-DGW |
| vs. ) | |
| ) | |
| COUNTY OF ST. CLAIR, St. Clair County ) | |
| Sheriff's Department Investigators KENNETH ) | JURY TRIAL DEMANDED |
| MCHUGHES, BRIAN CREGGER, and St. Clair ) | |
| County Sheriff's Department Captain STEVE ) | |
| JOHNSON, and As-Yet Unknown County of ) | |
| St. Clair Employees, and VILLAGE OF ) | |
| MILLSTADT, and Millstadt Police Officer ) | |
| JOSEPH WAGNER, and Millstadt Director of ) | |
| Streets Department DONALD TRAITEUR, and ) | |
| As-Yet Unknown Village of Millstadt Employees, ) | |
| and JONATHAN TRAITEUR, an individual, ) | |
| Defendants. | |

### **DEFENDANT'S MOTION TO DISMISS**

COMES NOW, Defendant, County of St. Clair, by and through its attorneys of Becker, Hoerner, Thompson & Ysursa, P.C. and herein moves this Honorable Court to dismiss the Plaintiff's Complaint against the Defendant for failure to comply with Federal Rule of Civil Procedure 4(m) and 41(b) and in support thereof states:

1. On or about October 21, 2014, Plaintiff filed the above-captioned civil complaint which was assigned cause number: 14-CV-1125. [Doc. 2].

2. Plaintiff failed to serve the named Defendants.

3. On May 6, 2015, the Court entered an Order to Show Cause requesting the Plaintiff demonstrate good cause why the Defendants had not been served for one hundred ninety-seven (197) days. [Doc. 3].

4. On May 21, 2015, the Plaintiff responded that he had experienced a personal emergency resulting in excusable neglect and requested leave to serve the Defendants. [Doc. 5].

5. On May 28, 2015, the Court granted the Plaintiff 90 days additional time in which to serve the Defendants to end "on or before August 26, 2015. Failure to serve a defendant in the time allotted may result in dismissal of that defendant." [Doc. 10].

6. Upon information and belief, no Defendants were served by August 26, 2015.

7. On September 18, 2015, Defendant County of St. Clair was served by delivery of process to the County Clerk, Mr. Thomas Holbrook. *See* Exhibit 1, attached and fully incorporated herewith.

8. September 18, 2015 is after August 26, 2015 and one hundred and thirteen (113) days from the Court's order entered May 28, 2015.

9. Federal Rule of Civil Procedure 4(m) states: "If a defendant is not served within 120 days after the complaint is filed, the court … must dismiss the action without prejudice against that defendant ... But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).

10. Federal Rule of Civil Procedure 41(b) states: "If the plaintiff fails to … comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." Fed. R. Civ. P. 41(b).

11. The Plaintiff failed to comply with this Court's ordered extension of time to serve Defendant, County of St. Clair, by failing to serve Defendant, County of St. Clair, within 90 days or by August 26, 2015.

12. Upon information and belief, no other Defendants have been served with Plaintiff's civil complaint.

13. Thus, the Plaintiff failed to comply with Rule 4(m) and violated Rule 41(b).

WHEREFORE, Defendant, County of St. Clair, respectfully requests this Honorable Court dismiss the Complaint of the Plaintiff and for any other such relief as the Court deems just and proper.

Respectfully submitted,

<u>s/ Katherine A. Porter</u>

Katherine A. Porter
Becker, Hoerner, Thompson & Ysursa, P.C.
***Attorneys for Defendants***
5111 West Main Street
Belleville, IL 62226
Tel: (618) 235-0020
Fax: (618) 235-8558
kap@bhtylaw.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on September 28, 2015, a true and correct copy of the foregoing instrument was filed with the Clerk of the Court using the CM/ECF system which will further send notice to the following parties and/or their representatives:

Mr. Mark Moran
*Attorney for Plaintiff*
P.O. Box 314
Aviston, IL 62216

moranatty@yahoo.com

                                                            s/ Katherine A. Porter