


St. Clair County Sheriff Department
ST. CLAIR COUNTY, ILLINOIS
JAIL MANANGEMENT INFORMATION SYSTEM
As of Tuesday September 15, 2015 at 2:47 pm

Richard Watson
Sheriff

1-3

# AFFIDAVIT OF SERVICE

Sheirff's Number: IC1504441
Case Number: 14-CV-1125-JPG

Defendant: COUNTY OF ST CLAIR
Address: 10 PUBLIC SQUARE
CLERK'S OFFICE
BELLEVILLE, ILLINOIS 62220

Filed Date: Unknown
Received Date: 09/15/2015

Plaintiff:

## SUMMONS WAS SERVED

(A) I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

___ 1. **PERSONAL SERVICE:** By leaving a copy of the summons and complaint with the named defendant personally.

___ 2. **SUBSTITUTE SERVICE:** By leaving a copy of the summons and complaint at the defendant"s usual abode with some person of the family, of the age of 13 years and upwards, and informing that person of the contents thereof. Also, a copy of the summons was mailed on the _____ day of _____, 20___, in a sealed envelope with postage prepaid, addressed to the defendant at his or her usual place of abode.

_____ Said Party Refused Name:

X 3. **SERVICE ON:** CORPORATION: X COMPANY: ___ BUSINESS: ___ PARTNERSHIP: ___
By leaving a copy of the summons and complaint (or interrogatories) with the registered agent, authorized person or partner of the defendant.

X Writ Served On: Yolanda Hughes    Sex: F  Race: B  Age: About 56

Richard Watson, Sheriff, By: _____, Deputy.   Date of Service 9-18-15

## THE NAMED DEFENDANT WAS NOT SERVED

**Circle Reason:** Moved, No Contact, Empty Lot, Wrong Address, No Such Address, Employer Refusal, Returned By Attorney, Deceased, Building Demolished, No Registered Agent, Other Listed Below.

**Other Reason Not Served**

**Attempted Service**

| Date | Time | |
|---|---|---|
| 9-18-15 | 9:48 | A.M./P.M |
| _____ | __:__ | A.M./P.M |
| _____ | __:__ | A.M./P.M |
| _____ | __:__ | A.M./P.M |
| _____ | __:__ | A.M./P.M |
| _____ | __:__ | A.M./P.M |

___ SERVICE CANNOT BE OBTAINED THIS ____ DAY OF _____ 20___, ___:___ A.M./P.M.

Richard Watson, Sheriff, By: _____, Deputy.

522726

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| JEROME EDWARD KORTE <br><br> *Plaintiff(s)* <br> v. <br> COUNTY OF ST. CLAIR ET AL, <br><br> *Defendant(s)* | Civil Action No. ~~14-CV-00934-MJR~~ <br> *14- 1125 - JPG* |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    County of St. Clair
    St. Claire County Clerk's Office
    #10 Public Square, 2nd Floor
    Belleville, IL 62220

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Attorney for Plaintiff, Mark B. Moran
    ARDC# 6200497
    PO Box 314
    Aviston, IL 62216

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                  CLERK OF COURT

Date: *Sept. 14, 2015*
                                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 14-CV-1125-JPG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* COUNTY OF ST. CLAIR , who is
designated by law to accept service of process on behalf of *(name of organization)* CLERK'S OFFICE
YOLANDA HUGHES on *(date)* 9-18-15 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

Deputy K. Wynn
_____
Server's signature

Deputy K. Wynn
_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:



**St. Clair County Sheriff Department**
**ST. CLAIR COUNTY, ILLINOIS**
**JAIL MANANGEMENT INFORMATION SYSTEM**
As of Tuesday September 15, 2015 at 2:10 pm

Richard Watson
Sheriff

2-3

# AFFIDAVIT OF SERVICE

Sheirff's Number: IC1504441

Case Number: 14-CV-1125-JPG

**Defendant:** VILLAGE OF MILLSTADT ILLINOIS
**Address:** 111 WEST LAUREL HALL
C/O MILLSTADT VILLAGE CLERK
MILLSTADT, ILLINOIS  62260

Filed Date: Unknown
Received Date: 09/15/2015

**Plaintiff:**

## SUMMONS WAS SERVED

(A) I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

___ 1. **PERSONAL SERVICE:** By leaving a copy of the summons and complaint with the named defendant personally.

___ 2. **SUBSTITUTE SERVICE:** By leaving a copy of the summons and complaint at the defendant''s usual abode with some person of the family, of the age of 13 years and upwards, and informing that person of the contents thereof. Also, a copy of the summons was mailed on the _____ day of _____, 20____, in a sealed envelope with postage prepaid, addressed to the defendant at his or her usual place of abode.

_____ Said Party Refused Name:

✗ 3. **SERVICE ON: CORPORATION:** ✓ **COMPANY:** ___ **BUSINESS:** ___ **PARTNERSHIP:** ___
By leaving a copy of the summons and complaint (or interrogatories) with the registered agent, authorized person or partner of the defendant.

✗ Writ Served On: _Tracy Holmes_____   Sex: _F_ Race: _W_ Age: _44_

Richard Watson, Sheriff, By: _____, Deputy.   Date of Service _9-18-15_

## THE NAMED DEFENDANT WAS NOT SERVED

**Circle Reason:** Moved, No Contact, Empty Lot, Wrong Address, No Such Address, Employer Refusal, Returned By Attorney, Deceased, Building Demolished, No Registered Agent, Other Listed Below.

**Other Reason Not Served**

| Attempted Service | |
|---|---|
| Date | Time |
| 9-18-15 | 10:00 (A.M.)/P.M |
| _____ | __:__ A.M./P.M |
| _____ | __:__ A.M./P.M |
| _____ | __:__ A.M./P.M |
| _____ | __:__ A.M./P.M |
| _____ | __:__ A.M./P.M |

___ SERVICE CANNOT BE OBTAINED THIS ___ DAY OF _____ 20___, ___:___ A.M./P.M.

Richard Watson , Sheriff, By: _____, Deputy.

522715

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| JEROME EDWARD KORTE <br><br> *Plaintiff(s)* <br> v. <br> COUNTY OF ST. CLAIR ET AL, <br><br> *Defendant(s)* | Civil Action No. 14-CV-1125-JPG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Village of Millstadt Illinois
c/o Millstadt Village Clerk
Millstadt Village Hall
111 W. Laurel Street
Millstadt, Illinois 62260
(618) 476-1514

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Attorney for Plaintiff, Mark B. Moran
ARDC# 6200497
PO Box 314
Aviston, IL 62216

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Sept. 14, 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 14-CV-00934-MJR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* VILLAGE OF MILLSTADT IL , who is
designated by law to accept service of process on behalf of *(name of organization)* VILLAGE CLERK
TRACY HOLMES on *(date)* 9-18-15 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

Deputy K. Wynn
*Server's signature*

Deputy K. Wynn
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

St. Clair County Sheriff Department
ST. CLAIR COUNTY, ILLINOIS
JAIL MANANGEMENT INFORMATION SYSTEM
As of Tuesday September 15, 2015 at 2:04 pm

Richard Watson
Sheriff

3-3

# AFFIDAVIT OF SERVICE

**Sheirff's Number:** IC1504441

**Case Number:** 14-CV-1125-JPG

**Defendant:** JONATHAN TRAITEUR
**Address:** 4064 WATERLOO ROAD
WATERLOO, ILLINOIS 62298

**Filed Date:** Unknown
**Received Date:** 09/15/2015

**Plaintiff:**

## SUMMONS WAS SERVED

(A) I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

✓ 1. **PERSONAL SERVICE:** By leaving a copy of the summons and complaint with the named defendant personally.

___ 2. **SUBSTITUTE SERVICE:** By leaving a copy of the summons and complaint at the defendant"s usual abode with some person of the family, of the age of 13 years and upwards, and informing that person of the contents thereof. Also, a copy of the summons was mailed on the _____ day of _____, 20___, in a sealed envelope with postage prepaid, addressed to the defendant at his or her usual place of abode.

_____ Said Party Refused Name:

___ 3. **SERVICE ON:** CORPORATION:___ COMPANY: ___ BUSINESS: ___ PARTNERSHIP: ___
By leaving a copy of the summons and complaint (or interrogatories) with the registered agent, authorized person or partner of the defendant.

✓ Writ Served On: _Jonathan Traiteur_   Sex: _M_  Race: _B_  Age: _24_

Richard Watson, Sheriff, By: _K.H._, Deputy.   Date of Service _9-30-15_

## THE NAMED DEFENDANT WAS NOT SERVED

*Circle* Reason: Moved, No Contact, Empty Lot, Wrong Address, No Such Address, Employer Refusal, Returned By Attorney, Deceased, Building Demolished, No Registered Agent, Other Listed Below.

**Other Reason Not Served**

**Attempted Service**

| Date | Time | |
|---|---|---|
| 9-19-15 | 10:22 | A.M./P.M |
| 9-28-15 | 7:51 | A.M./P.M |
| 9-29-15 | 12:15 | A.M./P.M |
| 9-30-15 | 6:48 | A.M./P.M |
| _____ | __:__ | A.M./P.M |
| _____ | __:__ | A.M./P.M |

___ SERVICE CANNOT BE OBTAINED THIS ____ DAY OF _____ 20___, ___:___ A.M./P.M.

Richard Watson , Sheriff, By: _____, Deputy.

522710

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| JEROME EDWARD KORTE <br><br> *Plaintiff(s)* <br> v. <br> COUNTY OF ST. CLAIR ET AL, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 14-CV-1125-JPG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JONATHAN TRAITEUR, an individual
REGISTERED SEX OFFENDER ADDRESS
REGISTERED SEXUAL PREDATOR ADDRESS
4064 WATERLOO ROAD
WATERLOO, IL 62298

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Attorney for Plaintiff, Mark B. Moran
      ARDC# 6200497
      PO Box 314
      Aviston, IL 62216

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Sept. 14, 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 14-CV-1125-JPG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☒ I personally served the summons on the individual at *(place)* JONATHAN TRATENY

on *(date)* 9-30-15 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9-30-15

Deputy K. W[ynn]
*Server's signature*

Deputy K. Wynn
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:



**RICHARD WATSON**
SHERIFF
ST. CLAIR COUNTY
700 NORTH FIFTH STREET
BELLEVILLE, ILLINOIS 62220-4499

**Sheriff's Drug Hotline**
**1-800-640-DIME**
*"No Questions Asked"*

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES
02 1M     $ 00.41⁶
0004275262   OCT 02 2015
MAILED FROM ZIP CODE 62220

RETURN SERVICE REQUESTED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
750 MISSOURI AVENUE
EAST ST. LOUIS, ILLINOIS 62201

84  HQAFLAB  62201